# UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE,<br>            Plaintiff,<br><br>v.<br><br>LAW SCHOOL ADMISSION COUNCIL, INC.,<br>            Defendant.<br>**SERVICE**<br>Registered Agent<br>The Corporation Trust Company<br>1209 N Orange St,<br>Wilmington, DE 19801 | Case No: _____<br><br>**JURY TRIAL DEMANDED**<br><br>**April 19, 2023** |

### FICTITIOUS NAME PARTICIPATION

This is a complaint related to Doe v. L. Sch. Admission Council, Inc., No. CV 16-3261, 2017 WL 4742475, at *2 (E.D. Pa. October 20, 2017), remanded, 791 F. App'x 316 (3d Cir. 2019). Which FICTITIOUS NAME PARTICIPATION was already approved for the reasons described below. The LSAT is required for admission to any ABA-accredited law school. Plaintiff, Jane Doe wishes to participate in this litigation anonymously. Jane Doe seeks to retain her privacy interest in the details of her disability and need for testing accommodation. Jane Doe has expressed a legitimate fear of negative professional ramifications should her true name be associated with this litigation. Plaintiff also has an interest in eliminating bias and enhancing diversity in the legal profession, and in furtherance of this interest, the testing process for entry

1

into law school should not be an obstacle to the full and equal participation of individuals with disabilities in the legal profession. Ensuring that law school admissions reflect the diversity of our society affects not only students with disabilities but also their would-be classmates, who benefit from the presence of those perspectives in the classroom. The legal profession as a whole, and the society which it serves, stand to be negatively affected by practices that result in the unfair exclusion of individuals with disabilities; therefore, a motion requesting the court's permission to proceed under a fictitious name for Plaintiff Jane Doe is filed concurrently with this complaint.

**SE**

Respectfully Submitted,

/s/

_____ Date: APRIL 19, 2023

Jane Doe, Pro Se
4301 50th Street NW Suite 300 #1140
Washington, DC 20016
bellah29@gmail.com
(203) 539-1650

2