IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** *Plaintiff* | : : : | **CIVIL ACTION** |
| **v.** | : : : | **NO. 23-CV-1540** |
| **LAW SCHOOL ADMINISTRATION COUNCIL, INC.,** *Defendant* | : : : | |

**O R D E R**

**AND NOW**, this 5th day of May, 2023, because Plaintiff Jane Doe has failed to sign her Complaint as required by Federal Rule of Civil Procedure 11,[1] it is hereby **ORDERED** that:

1. Jane Doe is **DIRECTED** to **complete** and **return** the Declaration form attached to this Order, with her ***original signature***, to the Court within thirty (30) days of the date of this Order to cure this deficiency with the Complaint.

2. The Clerk of Court is **DIRECTED** to send a copy of this Order to Jane Doe along with a copy of the attached Declaration form and note the mailing on the docket. No summons shall issue at this time.

3. If Jane Doe fails to complete and return the attached Declaration form with an original signature within the thirty-day period, her case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] The Complaint was submitted without a handwritten signature. Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). The United States Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *See Syville v. New York City of New York*, Civ. A. No. 20-0570, 2020 WL 2614705, at *1 (S.D.N.Y. May 15, 2020) (citing *Becker v. Montgomery*, 532 U.S. 757, 764 (2001)).

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | |
| v. | : | NO. 23-CV-1540 |
| | : | |
| **LAW SCHOOL ADMINISTRATION** | : | |
| **COUNCIL, INC.,** | : | |
| *Defendant* | : | |

**DECLARATION**

1. I am the plaintiff in this action and I respectfully submit this Declaration in response to the Court's Order which accompanied this form Declaration. Pursuant to that Order, I have signed this Declaration as proof that I have read the Complaint in this action (ECF No. 2) and that I am the Plaintiff in this action.

2. Under Rule 11(b) of the Federal Rules of Civil Procedure, I certify that to the best of my knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:

   a) the Complaint is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
   b) the claims and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
   c) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
   d) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.

_____     _____
Signature                                                                                              Date

_____     _____
Name                                                                                                    Prisoner ID No. (if incarcerated)

_____
Address                                     City                                     State          Zip Code