# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE DOE** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 23-1540 |
| v. | : | |
| | : | |
| **LAW SCHOOL ADMINISTRATION COUNCIL, INC.** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 16th day of June 2023, upon consideration of Plaintiff's *motion to proceed under a fictitious name*, [ECF 3], it is hereby **ORDERED** that the motion is **GRANTED**, without prejudice, to Defendant's rights to challenge the use of "Jane Doe."[1]

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] Should Defendant wish to contest the use of "Jane Doe" to identify Plaintiff, it may do so by filing a motion after it is served with the complaint and summons.